# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES NEBLETT,<br><br>Defendant. | NO. CR09-0001 RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 11, 2011. The United States was represented by Assistant United States Attorney Tate London, and the defendant by Paula S. Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of 2 counts of Use of any Facility of Interstate Commerce to Induce a Minor to Participate in Illegal Activity in violation of 18 U.S.C. §2422(b) and 1 count of Transportation of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§2252(a)(1) and 2252(b)(1). On or about February 14, 2005, defendant was sentenced by the Honorable Peter C. Economus, of the Northern District of Ohio to a term of seventy-eight (78) months in custody, to be followed by five (5) years of supervised release. Following release from prison, supervision was transferred to the Western District of Washington.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, not possessing or perusing any materials that depicted or described "sexually explicit conduct" or "child pornography" and participating in a sexual deviance evaluation and making reasonable progress in a certified sexual deviancy treatment program.

In a Petition for Warrant or Summons, dated September 14, 2011, U.S. Probation Officer Jennifer L. Van Flandern asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to notify the probation office that he had internet access on his cellular phone on or about January 2010, in violation of the special condition requiring he abide by all the rules of the computer monitoring program.

(2) Viewing pornography on the internet by conducting an internet search using the term "bondage," on or before December 2010, in violation of the special condition that he not peruse any form of material that depicts "sexually explicit conduct."

(3) Viewing sexually graphic images on his cellular phone after conducting an internet search of personal advertisements, on or before September 2011, in violation of the special condition that he not peruse an form of material that depicts "sexually explicit conduct."

(4) Failing to make reasonable progress in a sexual deviancy treatment program on or before September 2011, in violation of the special condition requiring he remain in compliance with all treatment goals and conditions of supervision.

On October 3, 2011, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights and remanded into custody. On October 11, 2011,

defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on October 18, 2011 at 1:30 p.m.

Pending a final disposition by the Court, at the request of the Probation Officer and the Assistant United States Attorney, the defendant has been released, subject to all the terms of his supervised release.

DATED this 11th day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Mr. Tate London
Defendant's attorney: Ms. Paula S. Deutsch
Probation officer: Ms. Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3